IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


BRANDY S. HENDRICKSON                                                                    PLAINTIFF

     v.                                        Civil No.  14-5093

NURSE RHONDA MESCHEDE;
NURSE RHONDA BRADLEY;
SERGEANT MULVANNEY;
CORPORAL DONAHUE; OFFICER
HAYES; OFFICER SANDERS; and
OFFICER DUPREE                                                                          DEFENDANTS


### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

     Plaintiff, Brandy S. Hendrickson, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on March 19, 2014.  Her complaint was filed *in forma pauperis*.

     At the time she filed the complaint, Plaintiff was an inmate of the Washington County Detention Center.  Plaintiff was advised that she had an obligation to immediately notify the Court of any change in her address (Doc. 3).   She was advised that failure to inform the Court of a change of address could result in the dismissal of this case.

     An order (Doc. 3) was entered directing Plaintiff to file an amended complaint by April 4, 2014. The Court's order (Doc. 3) and other documents were returned as undeliverable with a notation that Plaintiff was no longer at the detention center.  Plaintiff has not communicated with the Court and no other address for the Plaintiff appears in the file.

     I therefore recommend the complaint be dismissed on the grounds Plaintiff has failed to prosecute this action and obey the rules of the Court requiring her to keep the Court informed of his address. *See* Fed. R. Civ. P. 41(b).

     **Plaintiff has fourteen days from receipt of the report and recommendation in which to file**

**written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 14th day of May 2014.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE