IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BRANDY S. HENDRICKSON**                                                                 **PLAINTIFF**

v.                           Case No. 5:14-5093

**NURSE RHONDA MESCHEDE; NURSE RHONDA
BRADLEY; SERGEANTMULVANNEY; CORPORAL
DONAHUE; OFFICER HAYES; OFFICER SANDERS;
and OFFICER DUPREE**                                                                         **DEFENDANTS**

## ORDER

On this 16th day of June, 2014, there comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on May 14, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

/s/ Timothy L. Brooks
Timothy L. Brooks
United States District Judge