IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BRANDY S. HENDRICKSON                                                                    PLAINTIFF

v.                                    Case No. 5:14-5093

NURSE RHONDA MESCHEDE; NURSE RHONDA
BRADLEY; SERGEANT MULVANNEY; CORPORAL
DONAHUE; OFFICER HAYES; OFFICER SANDERS;
and OFFICER DUPREE                                                                      DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 6) filed in this case on May 14, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED this 12th day of August, 2014.

Timothy L. Brooks
United States District Judge